## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ✗   LODGED ___
RECEIVED ___   COPY ___

JUN 2 0 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**United States of America**

v.

**Omar Gallardo-Rodriguez**
Citizen of Mexico

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**No. 02-02271-004M**

**James Metcalf (Appointed)**
Attorney for Defendant

USM#: 47335-008     DOB: 8/7/79

**THE DEFENDANT ENTERED A PLEA OF** guilty on 6/12/02 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 21, USC §844(a), Possession of a Controlled Substance, a Misdemeanor offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **FOUR (4) MONTHS** on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts DISMISSED on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk, U.S. District Court, Attn: Finance, Suite, 130, 401 West Washington St., SPC 1, Phoenix, Arizona 85003-2118, the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $25.00     **FINE:** $     **RESTITUTION:** $

All monetary penalties are due immediately or in regular monthly installments. If incarcerated, payments shall begin under the Bureau of Prisons Inmate Financial Responsibility Program. Any unpaid balance shall become a condition of supervision and shall be paid within of the expiration of supervision.

The total special assessment of $25.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.

**UNLESS PREVIOUSLY WAIVED, THE DEFENDANT IS ADVISED OF THE RIGHT TO APPEAL THE IMPOSED SENTENCE BY FILING A NOTICE OF APPEAL WITHIN 10 DAYS FROM THE IMPOSITION OF SENTENCE.**

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.

02-02271-004M                                                                    Page 2 of 2
USA vs. Omar Gallardo-Rodriguez

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: Wednesday, June 12, 2002

_____ Date June 18, 2002
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____  By:_____
United States Marshal                                              Deputy Marshal

CC: USM(3 certified)/AUSA/PTS/FIN

02-02271-004M  - Sejas

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on June 20, 2002
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_WSDOSVvahvf_